# Blythe, Michele

| | |
|---|---|
| **From:** | Blythe, Michele |
| **Sent:** | Thursday, April 1, 2021 9:38 AM |
| **To:** | Morton Denlow; Anthony Paronich; murphy@mmmb.com; misny@mmmb.com; Crawford, Stephen; Indych, Marsha J.; Daly, Michael P. |
| **Cc:** | Stewart Deborah |
| **Subject:** | RE: Jon Frey and Andrew Perrong v. Frontier Utilities Northeast LLC, et al.:  Notice of Breach of Settlement Agreement, JAMS # 1340019092 |

Dear Judge Denlow,

Thank you for your email.  As set forth in our March 29, 2021 letter, it is Frontier's position that the Class Action Settlement Agreement and Release cannot be presented to the Court for approval.  Plaintiffs and their counsel have yet to provide a substantive response to Frontier's letter.  Given the significant issues raised in the letter, not the least of which are the misrepresentations to Frontier during the negotiation of the settlement agreement, as well as the close relationship between Mr. Frey and Mr. Perrong, a response to the letter is appropriate before Frontier determines whether a settlement involving Mr. Perrong and the same class counsel is appropriate.

Regards,

Michele Blythe


Michele R. Blythe
Managing Attorney – Litigation
NextEra Energy Resources, LLC
700 Universe Blvd.
Juno Beach, FL 33408
Phone:  (561) 691-7207
Facsimile:  (561) 691-7103
Michele.Blythe@nexteraenergy.com

---

**From:** Morton Denlow <mortdenlow@gmail.com>
**Sent:** Thursday, April 1, 2021 8:13 AM
**To:** Blythe, Michele <Michele.Blythe@nexteraenergy.com>; Anthony Paronich <anthony@paronichlaw.com>; murphy@mmmb.com; misny@mmmb.com; Crawford, Stephen <steve.crawford@gexaenergy.com>; Indych, Marsha J. <marsha.indych@faegredrinker.com>; Daly, Michael P. <michael.daly@faegredrinker.com>
**Cc:** Stewart Deborah <dstewart@jamsadr.com>
**Subject:** Re: Jon Frey and Andrew Perrong v. Frontier Utilities Northeast LLC, et al.: Notice of Breach of Settlement Agreement, JAMS # 1340019092

Caution - External Email (mortdenlow@gmail.com)

Report this Email    Quick response    Emergency response    Tips

Dear Counsel:

1

Anthony has brought to my attention the response he sent to Michele's letter asking whether Frontier will proceed with the settlement with Mr. Perrong as the sole class representative. Has Frontier made a decision? Please let me know if I can be of assistance. We worked extremely hard to settle the case.

All the best,

Mort Denlow
mortdenlow@gmail.com
Cell:847-204-5405

> On Apr 1, 2021, at 7:50 AM, Morton Denlow <mortdenlow@gmail.com> wrote:
>
> Dear Counsel:
>
> I have been engaged in mediations and conference calls the last three days and have not previously had the opportunity to read and study Michele's letter of March 29. I am deeply troubled by the information regarding the serious criminal charges facing Mr. Frey and its impact on the settlement. I will await Anthony's response. Please keep me in the loop regarding this matter.
>
> All the best,
>
> Mort Denlow
> mortdenlow@gmail.com
> Cell:847-204-5405
>
>> On Mar 29, 2021, at 5:05 PM, Blythe, Michele <Michele.Blythe@nexteraenergy.com> wrote:
>>
>> Dear Counsel:
>>
>> On behalf of Defendant Frontier Utilities Northeast LLC, please see the attached correspondence.
>>
>> Sincerely,
>>
>> Michele Blythe
>>
>> Michele R. Blythe
>> Managing Attorney – Litigation
>> NextEra Energy Resources, LLC
>> 700 Universe Blvd.
>> Juno Beach, FL 33408
>> Phone:  (561) 691-7207
>> Facsimile:  (561) 691-7103
>> Michele.Blythe@nexteraenergy.com
>>
>> <L - Notice of Plaintiffs' Breach of Settlement Agreement - March 29, 2021.pdf>