# Exhibit K

| | |
|---|---|
| **From:** | Andy P. |
| **To:** | Deanne M. O'Dell |
| **Subject:** | Re: [External] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899 |
| **Date:** | Friday, October 2, 2020 11:58:08 PM |

This does not resolve anything  In fact, your response makes it seem like this entire thing is some sort of joke to you  Please don't contact me about attempting to settle this again, that ship has sailed  I look forward to the hearing

Thank you kindly,
Andrew Perrong

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**ECKERT** | **Deanne M. O'Dell**, Member
SEAMANS | ECKERT SEAMANS CHERIN & MELLOTT, LLC
ATTORNEYS AT LAW | 213 Market Street, 8th Floor    Harrisburg, PA 17101
| T 717-255-3744    F 717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Wednesday, September 30, 2020 1:26 PM
**To:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** Re: [Externa ] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On Wed, Sep 30, 2020 at 1:18 PM Deanne M  O'Dell <DODell@eckertseamans.com> wrote:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**ECKERT** | **Deanne M. O'Dell**, Member
SEAMANS | ECKERT SEAMANS CHERIN & MELLOTT, LLC
ATTORNEYS AT LAW | 213 Market Street, 8th Floor    Harrisburg, PA 17101
| T 717-255-3744    F 717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Friday, September 18, 2020 6:24 PM
**To:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** Re: [Externa ] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899

▮▮▮▮▮▮

On Fri, Sep 18, 2020 at 6:22 PM Deanne M  O'Dell <DODell@eckertseamans.com> wrote:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor    Harrisburg, PA 17101

T  717-255-3744    F  717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Tuesday, September 1, 2020 10:46 AM
**To:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** Re: [Externa ] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899

On Tue, Sep 1, 2020 at 10:33 AM Deanne M  O'Dell <DODell@eckertseamans com> wrote:

**Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor    Harrisburg, PA 17101

T  717-255-3744    F  717-237-6019

---

**From:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Sent:** Thursday, August 13, 2020 7:57 AM
**To:** Andy P. <andyperrong@gmail.com>
**Subject:** RE: [Externa ] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899

 **Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor    Harrisburg, PA 17101

T  717-255-3744    F  717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Wednesday, August 12, 2020 4:54 PM
**To:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** [External] Re: Hearing Continuance - Perrong v. Frontier Utilities Northeast - C-2020-3019899

████████████████████

███████████████████████████████████████████████████
████████████████████████████

████████████

██████████

On Wed, Aug 12, 2020 at 2:40 PM Deanne M  O'Dell <DODell@eckertseamans.com> wrote:

████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

**Deanne M. O'Dell**, Member
ECKERT SEAMANS CHER N & MELLOTT, LLC
213 Market Street, 8th Floor    Harrisburg, PA 17101

T  717-255-3744    F  717-237-6019
dodell@eckertseamans.com    bio    vCard

ECKERT SEAMANS ATTORNEYS AT LAW    eckertseamans.com

---

**From:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Sent:** Wednesday, July 8, 2020 1:24 PM
**To:** Andy P. <andyperrong@gmail.com>
**Subject:** RE: [Externa ] Perrong v. Frontier Utilities Northeast - C-2020-3019899

███████████████████████████████████████████
██████████████████████████████

 **Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor   Harrisburg, PA 17101

T  717-255-3744   F  717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Wednesday, July 8, 2020 1:18 PM
**To:** Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** Re: [Externa ] Perrong v. Frontier Utilities Northeast - C-2020-3019899

███████████████████████████████

█████

█████████████████████████████████████████████████████
████████████

███████████
██████████

On Wed, Jul 8, 2020 at 12:42 PM Deanne M  O'Dell <DODell@eckertseamans com> wrote:

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████
█████████████████████

████

 **Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor   Harrisburg, PA 17101

T  717-255-3744   F  717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Wednesday, July 8, 2020 12:12 PM
**To:** Deanne M. O'Dell <DODell@eckertseamans com>
**Subject:** Re: [Externa ] Perrong v. Frontier Utilities Northeast - C-2020-3019899

███████

█████████████████████████████████████████████

[REDACTED]

[REDACTED]

On Wed, Jul 8, 2020 at 10:54 AM Deanne M O'Dell <DODell@eckertseamans.com> wrote:

[REDACTED]



**Deanne M. O'Dell**, Member
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor    Harrisburg, PA 17101

T  717-255-3744    F  717-237-6019

---

**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Monday, June 22, 2020 12:52 PM
**To:** Lori Walter <LWalter@eckertseamans.com>; bobbwillia@pa.gov; Deanne M. O'Dell <DODell@eckertseamans.com>
**Subject:** [External] Perrong v. Frontier Utilities Northeast - C-2020-3019899

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

---------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message
---------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message
---------------------------------------------------------------

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message

---------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message

---------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message

---------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message

---------------------------------------------------------------------
This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed  If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy  Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited  Thank you

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message