# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER UTILITIES NORTHEAST LLC and NEXT GENERATION ENERGY, INC.,<br><br>Defendants. | Case No. 2:20-cv-05844-MSG |

## DECLARATION OF JON FREY IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT

I, Jon Frey, declare under penalty of perjury:

1. I make this affidavit in support of Plaintiff's Reply in Support of Motion for Preliminary Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am willing and able to be appointed as a class representative in the event the Court deems me necessary to preserve the parties' settlement.

3. My company, Richmond Computer, provides technology support services and continues to operate with employees.

4. I participated in the mediation on February 16, 2021 telephonically because I understood that to be an option. I also wanted to continue to be available that day for my employees.

1

5. Prior to the current charges, I have no criminal history. I have never been convicted of any crime.

6. I authorized counsel to proceed to explore a classwide settlement regardless of how long this would take.

7. I am knowledgeable about and experienced with TCPA litigation.

8. I am still able to communicate with counsel by telephone and any written documents or communications I would need to review can and have been printed out for me.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS THIS 29th DAY OF APRIL, 2021 IN THE COMMONWEALTH OF PENNSYLVANIA

_____
Jon Frey