IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER UTILITIES NORTHEAST LLC and NEXT GENERATION ENERGY, INC.,<br><br>Defendants. | Civil Action No. 20-05844-MSG |

### ORDER GRANTING DEFENDANT FRONTIER UTILITIES NORTHEAST LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY

**AND NOW**, this  19th  day of    May        , 2021, upon consideration of Defendant Frontier Utilities Northeast LLC's Motion for Leave to File a Sur-Reply in opposition to Plaintiff's Motion for Preliminary Approval of Class Action Settlement, it is hereby **ORDERED** that the Motion for Leave to File a Sur-Reply is **GRANTED**.

           */s/ Mitchell S. Goldberg*
           The Honorable Mitchell S. Goldberg
           United States District Court Judge