UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER UTILITIES NORTHEAST LLC and NEXT GENERATION ENERGY, INC.,<br><br>Defendants. | Case No. 2:20-cv-05844-MSG |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER SUR-SUR-REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT

**AND NOW**, this 1st day of June, 2021, upon consideration of Plaintiff Jon Frey's Motion for Leave to File Instanter Sur-Sur-Reply in Support of Motion for Preliminary Approval of a Class Action Settlement (ECF #32), it is hereby **ORDERED** that the Motion is **GRANTED**, and the attached proposed Sur-Sur-Reply and Exhibits thereto shall be filed of record in this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**