IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*,<br><br>*v.*<br><br>**FRONTIER UTILITIES NORTHEAST, LLC,** *et al.*,<br><br>*Defendants*. | **Civil Action**<br><br>**No. 20-cv-5844** |

**ORDER**

**AND NOW**, this 14th day of January, 2022, it is hereby **ORDERED** that **ORAL ARGUMENT** on Plaintiff's Motion for Preliminary Approval of a Class Action Settlement (ECF No. 15), Defendants' Motion to Strike (ECF No. 16), and Defendants' Motion for Sanctions (ECF No. 19) is scheduled for **Monday, January 31, 2022, at 10:00 a.m. in Courtroom 17-A**.[1]

Counsel shall be prepared to discuss, in addition to all issues raised in the pending motions, whether an evidentiary hearing is required to determine whether there exists a valid and binding settlement agreement.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] Given the rapidly evolving nature of the ongoing pandemic, I will consider requests to hold oral argument by videoconference.