UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FRONTIER UTILITIES NORTHEAST, LLC, *et al.,*<br><br>*Defendants.* | Civil Action<br><br>No. 20-cv-5844 |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), Judgment is hereby **ENTERED** in accordance with this Court's Order of January 6, 2023 (ECF No. 59), which granted the Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 53) and Motion for Award of Attorneys' Fees, Costs, Expenses, and Class Representative Award (ECF No. 54).

**IT IS SO ORDERED** this 19th day of January, 2023.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**